[No. 28037-3-III. Division Three. May 13, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. WILMA LYNN GOGGLES, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 08-1-00365-8, Evan E. Sperline, J., entered March 23, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Korsmo, JJ.

[Nos. 62241-2-I; 62641-8-I; Division One. May 17, 2010.]
62741-4-I.

THE STATE OF WASHINGTON, *Respondent*, v. RICKY MARVIN ARNTSEN, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 07-1-03196-5, Linda C. Krese, J., entered July 28, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, A.C.J., and Becker, J.

[No. 62677-9-I. Division One. May 17, 2010.]

PAUL BRUEGGEMANN, *Appellant*, v. FLOYD HODGES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-24311-9, Jim Rogers, J., entered February 22, 2008. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Becker and Spearman, JJ.

[No. 63006-7-I. Division One. May 17, 2010.]

GENERAL TEAMSTERS LOCAL NO. 174 ET AL., *Appellants*, v. SAFEWAY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-25798-5, Catherine D. Shaffer, J., entered January 21, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Lau, JJ.